UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN JANIGA, on behalf of himself and all similarly situated persons,

Plaintiff,

v.

STUBHUB, INC., a Delaware corporation,

Defendants.

Case No. 5:25-cv-01844-JGB-MBK

**ORDER GRANTING THE PARTIES' STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**

The Court having considered the Parties' Stipulation for Plaintiff to File First Amended Complaint and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff within twenty (20) days of this Court's Order will file the First Amended Complaint, a copy of which is attached to the Stipulation as "Exhibit A."

2. Defendant shall file a responsive pleading to Plaintiff's First Amended Complaint within forty-five (45) days of the date of service of the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: September 25, 2025

Honorable Jesus G. Bernal
United States District Court Judge